IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| LEROY PHILLIP MITCHELL p/k/a Prince Phillip Mitchell and d/b/a HOT STUFF PUBLISHING COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>CAPITOL RECORDS, LLC, ANDRE ROMELLE YOUNG, p/k/a Dr. Dre, d/b/a N.W.A, LORENZO JERALD PATTERSON, p/k/a MC Ren d/b/a N.W.A. )<br><br>Defendants. ) | CIVIL ACTION NO. 3:15-cv-00174-JHM-CHL |

## AGREED ORDER OF DISMISSAL

By agreement of the parties, Plaintiff Leroy Phillip Mitchell p/k/a Prince Phillip Mitchell and d/b/a Hot Stuff Publishing Company ("Plaintiff") and Defendants Capitol Records, LLC and Andre Romelle Young p/k/a Dr. Dre (collectively, "Defendants"), and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendants is **DISMISSED WITH PREJUDICE**.

This is a final Judgment, there being no just cause for delay in its entry.

SO ORDERED this _____ day of _____, 2018.

Have Seen and Agreed:


/s/ Miles R. Harrison
Steven M. Crawford
Cory J. Skolnick
Miles R. Harrison
FROST BROWN TODD, LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 (fax)
cskolnick@fbtlaw.com
scrawford@fbtlaw.com
mharrison@fbtlaw.com

Andre J. Correale (*pro hac vice*)
FROST BROWN TODD, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244

*Counsel for Defendants,*
*Capitol Records, LLC, and*
*Andre Romelle Young p/k/a Dr. Dre*


/s/  Michael F. Sutton  (*with permission*)
Michael F. Sutton
Tracey Clemmons Smith
Caitlin L. McQueen
Gwin Steinmetz & Baird, PLLC
401 West Main Street, Ste. 1000
Louisville, KY 40202
msutton@gsblegal.com
tcsmith@gsblegal.com
cmcqueen@gsblegal.com

*Counsel for Plaintiff, Leroy Mitchell,*
*p/k/a Prince Phillip Mitchell and d/b/a*
*Hot Stuff Publishing Company*

0131397.0626408   4829-1531-2762v1